Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Maurices Inc.*
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>MAURICES INCORPORATED,<br><br>                Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:17-cv-613-TC<br><br>Judge Tena Campbell |

Defendant Maurices Incorporated ("Maurices"), through counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case.  Upon the execution of a confidential settlement agreement within forty-five (45) days, the parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted this 24th day of August, 2017.

                                                  JONES WALDO HOLBROOK & McDONOUGH PC

                                                  By: /s/ *C. Michael Judd*
                                                      Michael Patrick O'Brien
                                                      C. Michael Judd
                                                      *Attorneys for Defendant Maurices Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT**, to the following:

> James K. Ord (james@UtahADALaw.com)
> THE ORD FIRM, P.C.
> PO Box 16266
> Salt Lake City, UT 84116
> *Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
C. Michael Judd
