Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Maurices*
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:    (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAURICES INCORPORATED,<br><br>　　　　　Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-613-TC<br><br>Judge Tena Campbell |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Trevor Kelley and Defendant Maurices Incorporated, by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

[Signature page follows]

1279635.1

Dated: September 5, 2017.

        STUDEBAKER LEGAL SERVICES, PC

        By: /s/ *James K. Ord, III* (with permission)
            James K. Ord, III
            *Attorney for Plaintiff*

        JONES WALDO HOLBROOK & McDONOUGH PC

        By: /s/ *C. Michael Judd*
            Michael Patrick O'Brien
            C. Michael Judd
            *Attorneys for Defendant Maurices*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, to the following:

> James K. Ord, III (james@utahadaalaw.com)
> THE ORD FIRM, P.C.
> PO Box 16266
> Salt Lake City, UT 84116
> *Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
C. Michael Judd