Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Maurices*
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>MAURICES INCORPORATED,<br><br>            Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-613-TC<br><br>Judge Tena Campbell |

Plaintiff and Defendant having filed a joint and stipulated motion for the same and there being good cause shown, IT IS HEREBY ORDERED THAT this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED this 6th day of September, 2017.

BY THE COURT

By:   *Tena Campbell*
The Honorable Tena Campbell
United States District Court Judge